IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OSAMA M. ABUIRSHAID, )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>JEH JOHNSON, *et al.*, )<br>    Defendants. )<br> ) | Case No. 1:15-cv-1113 |

## ORDER

This matter is before the Court on defendants' motions to dismiss for failure to state a claim and for lack of jurisdiction (Docs. 3, 4). The matter was fully briefed and argued.

For good cause, and for the reasons stated in the Memorandum Opinion,

It is hereby **ORDERED** that defendants' motions to dismiss are **GRANTED**.

Accordingly, it is further **ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to send a copy of this Order to all counsel of record and to place this matter among the ended causes.

December 21, 2015
Alexandria, VA

/s/
T. S. Ellis, III
United States District Judge